STATE OF LOUISIANA        *      NO. 2023-K-0770

VERSUS              *      COURT OF APPEAL

KRISTEN ADAMS          *      FOURTH CIRCUIT

                      *      STATE OF LOUISIANA

                      *

                      *

          * * * * * * *

**DLD**   **DYSART, J., CONCURS IN PART AND DISSENTS IN PART**

I concur with the majority's decision to grant this writ insofar as it concerns the "Jury Ruling." I respectfully dissent from the majority in its decision to deny the State's writ regarding the "Enhancement Ruling." The defendant is not entitled to have the firearm enhancement withdrawn. Accordingly, I would grant the State's writ in its entirety.